UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THEAUDRA CONRAD WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES,<br><br>Defendant. | Case No. 16-cv-06156 NC (PR)<br><br>**ORDER OF TRANSFER** |
|---|---|

Plaintiff, a California state inmate at Ironwood State Prison located in Blythe, California, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 against California Correctional Health Care Correction Services ("CCHCS") located in Elk Grove, California. Elk Grove is located in Sacramento County, which is within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). There is no allegation that defendants reside, or that any of the events or omissions giving rise to the complaint occurred, in the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma

Case No. 16-cv-06156 NC (PR)
ORDER OF TRANSFER

1

pauperis.

**IT IS SO ORDERED.**

DATED: 12/22/2016

NATHANAEL M. COUSINS
United States Magistrate Judge